UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-06918-EMC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Docket No. 25 |

On November 26, 2019, the Court granted Plaintiff Maurice Brown's Motion to Reopen Case. *See* Docket No. 25. In that order, the Court directed Mr. Brown to "serve a response to Defendant's motion [to dismiss] by December 16, 2019." *Id.* at 7. One week has passed since that deadline, but Plaintiff has not filed a response to Defendant's Motion to Dismiss. As a result, the Court **ORDERS** Mr. Bown to show cause why the case should not be dismissed. Any response from Mr. Brown must be filed with the Court by January 3, 2020.

**IT IS SO ORDERED**.

Dated: December 23, 2019

_____
EDWARD M. CHEN
United States District Judge